1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10

11   WILLIAM D. BURKETT,

12                  Petitioner,                    Case No.  C05-5612FDB

13          v.                                     ORDER GRANTING I.F.P.
                                                   APPLICATION
14   MAGGIE MILLER-STOUT,

15                  Respondent.

16

17          Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not

18   appear to have funds available to afford the $5.00 filing fee.

19          The Clerk is directed to mail a copy of this Order to petitioner.

20          DATED this 28th day of September, 2005.

21

22                                   _/s/ J. Kelley Arnold_____
                                     J. Kelley Arnold
23                                   United States Magistrate Judge

24

25

26

27

28

ORDER
Page - 1

Dockets.Justia.com